1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

6  JANIRA VARTY,                                    Case No. 3:24-cv-479-MMD-CLB

7                                   Plaintiff,                      ORDER

8          v.

   CITY OF RENO, *et al.*,
9
                                    Defendants.
10

11      This action was filed on October 21, 2024. The Court issued a notice of intent to

12  dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by March 16, 2025.

13  (ECF No. 7.) To date, no proof of service has been filed.

14      Accordingly, it is ordered, adjudged and decreed that this action is dismissed

15  without prejudice.

16      DATED THIS 18th Day of March 2025.

17

18                                            _____
                                              MIRANDA M. DU
19                                            UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26
27
28